2013-1099

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

REALTIME DATA, LLC (doing business as IXO),

*Plaintiff-Appellant*,

v.

MORGAN STANLEY, THE GOLDMAN SACHS GROUP, INC.,
J.P. MORGAN CHASE & CO., MORGAN STANLEY & CO., INC.,
GOLDMAN SACHS & CO., GOLDMAN SACHS EXECUTION &
CLEARING, LP, J.P. MORGAN SECURITIES, INC.,
and J.P. MORGAN CLEARING CORP.
(formerly known as Bear, Stearns Securities Corp.),

*Defendants-Appellees*,

and

BANK OF AMERICA CORPORATION,
BANC OF AMERICA SECURITIES, LLC, MERRILL LYNCH & CO., INC.,
and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,

*Defendants-Appellees*,

and

CREDIT SUISSE HOLDINGS (USA), INC. and
CREDIT SUISSE SECURITIES (USA), LLC,

*Defendants-Appellees*,

and

HSBC BANK USA, N.A. and
HSBC SECURITIES (USA), INC.,

*Defendants-Appellees*,

and

BNY CONVERGEX GROUP, LLC and
BNY CONVERGEX EXECUTION SOLUTIONS, LLC,

*Defendants-Appellees*.

_____

**Appeal from the United States District Court for the Southern District of New York in case no. 11-CV-6701, Judge Katherine B. Forrest.**
_____

**PLAINTIFF-APPELLANT REALTIME DATA, LLC's (doing business as IXO) MOTION FOR CONSOLIDATION**
_____

                                             Dirk D. Thomas
                                             MCKOOL SMITH P.C.
                                             1700 K Street, NW, Suite 740
                                             Washington DC 20006
                                             (202) 370-8302

                                             *Attorneys for Plaintiff-Appellant*
                                             *Realtime Data, LLC (doing business as IXO)*

December 10, 2012
_____

Pursuant to Federal Rule of Appellate Procedure 3(b)(2), Plaintiff-Appellant Realtime Data, LLC (doing business as IXO) ("Realtime") respectfully moves this Court to consolidate this appeal with eight other recently filed, related appeals from the United States District Court for the District of New York: REALTIME DATA, LLC V CME GROUP, INC., 2013-1093; REALTIME DATA, LLC V CME GROUP, INC., 2013-1097; REALTIME DATA, LLC V CME GROUP, INC., 2013-1100; REALTIME DATA, LLC V THOMSON REUTERS CORP., 2013-1095; REALTIME DATA, LLC V THOMSON REUTERS CORP., 2013-1098; REALTIME DATA, LLC V THOMSON REUTERS CORP., 2013-1101; REALTIME DATA, LLC V MORGAN STANLEY, 2013-1092; and REALTIME DATA, LLC V MORGAN STANLEY, 2013-1103.  This motion is unopposed by all Defendants-Appellees in the nine actions, except Credit Suisse Holdings (USA), Inc. and Credit Suisse Securities (USA) LLC, who oppose and have informed Realtime that they will file a response.[1]

---

[1] The following parties were included in the official captions for these appeals, but were dismissed from these actions by the district court prior to entry of Final Judgment and are not parties to these appeals, and should therefore be removed from the official captions: BNY CONVERGEX GROUP, LLC and BNY CONVERGEX EXECUTION SOLUTIONS, LLC (in Appeals 2013-1092, 2013-1099 and 2013-1103); and BANK OF AMERICA CORPORATION, BANC OF AMERICA SECURITIES, LLC, MERRILL LYNCH & CO., INC., and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. (in Appeals 2013-1099 and 2013-1103).

This Court consolidates related appeals. *See, e.g.*, *Allen v. Dep't of Veterans Affairs*, Nos. 2010-3088, 2010-3178, 396 F. App'x 682, 683 (Fed. Cir. 2010) (unpublished); *Eli Lilly & Co. v. Teva Parenteral Meds., Inc.*, Nos. 2011-1561, -1562, 2012-1037, 2011 U.S. App. LEXIS 23949 (Fed. Cir. Nov. 29, 2011) (unpublished); *Fain v. Dep't of Educ.*, 125 F. App'x 286 (Fed. Cir. 2005) (unpublished); *see also* Fed. R. App. P. 3(b)(2).  Consolidation is warranted here because the nine appeals are from related patent infringement actions involving the same patents-in-suit, and stem from the same Markman Opinion and Order, the same Opinion and Order granting summary judgment of invalidity of certain claims of the patents-in-suit, and the same Opinion and Order granting certain motions for summary judgment of non-infringement of the patents-in-suit.  Each of those Opinions and Orders was captioned and docketed in all nine actions.  (*See, e.g.*, Opinion and Order (Markman), *Realtime Data, LLC d/b/a IXO v. CME Group Inc., et al.* ("*Realtime v. CME*"), No. 11-cv-6696 (S.D.N.Y. June 22, 2012), ECF No. 651; Opinion and Order (Partial Motion for Summary Judgment re Data Decompression), *Realtime v. CME*, No. 11-cv-6696 (S.D.N.Y. June 27, 2012), ECF No. 654; Opinion & Order, *Realtime v. CME*, No. 11-cv-6696 (S.D.N.Y. Sept. 24, 2012), ECF No. 843.)  Moreover, the nine actions were consolidated in the district court for pre-trial proceedings.  (*See, e.g.*, Final Judgment Pursuant to

Fed. R. Civ. P. 54(b) at 2, *Realtime v. CME*, No. 11-cv-6696 (Nov. 9. 2012), ECF No. 861.)

Judicial economy also supports consolidation of these nine appeals. The determination of nine appeals by this Court would needlessly consume the resources of this Court and the parties. Further, consolidation of these appeals eliminates the possibility of inconsistent rulings, allowing this Court to properly consider (at one time) the issues raised by Realtime.

For the foregoing reasons, Realtime respectfully requests that this Court:

GRANT the motion to Consolidate.

Dated:  December 10, 2012          Respectfully submitted,

By: */s/ Dirk D. Thomas*
   Dirk D. Thomas
   dthomas@mckoolsmith.com
   MCKOOL SMITH P.C.
   1700 K Street, NW, Suite 740
   Washington DC 20006
   (202) 370-8302

*Attorneys for Plaintiff-Appellant Realtime Data, LLC (doing business as IXO)*

# CERTIFICATE OF SERVICE

I, Dominick Vitaliano, hereby certify that on the 10th day of December 2012, I caused one copy of the documents listed below:

**PLAINTIFF-APPELLANT REALTIME DATA, LLC's (doing business as IXO) MOTION FOR CONSOLIDATION**

to be filed by CM/ECF with:

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439
Tel: (202) 275-8000
Fax: (202) 275-9678

and one copy to be sent by e-mail, and two copies to be sent by FedEx overnight delivery to each of the following:

**Morgan Stanley, The Goldman Sachs Group, Inc, J.P. Morgan Chase & Co., Morgan Stanley & Co., Inc., Goldman Sachs & Co., Goldman Sachs Execution & Clearing, LP, J.P. Morgan Securities, Inc., and J. P. Morgan Clearing Corp. (formerly known as Bear, Stearns Securities, Corp.):**

**Daniel Alexander Devito**
Skadden, Arps, Slate, Meagher & Flom
LLP (DC)
Four Times Square
New York, NY 10036
212-735-3210
Fax: 917-777-3210
Email: daniel.devito@skadden.com

**Credit Suisse Holdings (USA), Inc. and Credit Suisse Securities (USA) LLC:**

**Gregory Hayes Lantier**
Wilmer Cutler Pickering Hale & Dorr
L.L.P. (DC)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
Fax: (202) 663-6363
Email: gregory.lantier@wilmerhale.com


**HSBC Bank USA, N.A. and HSBC Securities (USA) Inc.:**

**Michael Scott Fuller**
Locke Lord Bissell & Liddell LLP - Dallas
2200 Ross Ave
Suite 2200
Dallas, TX 75201-6776
214-740-8601
Fax: 214-756-8601
Email: sfuller@lockelord.com

I declare that I am employed by McKool Smith P.C. at whose direction the service was made. Executed on December 10, 2012, at New York, NY.

*/s/ Dominick Vitaliano*
Dominick Vitaliano
Senior Paralegal
McKool Smith, P.C.
One Bryant Park, 47th floor
New York, New York 10036
212.402.9439 (t)
212.402.9444 (f)
dvitaliano@mckoolsmith.com